IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MS. PATRICIA W. WALKER,

    Plaintiff,

      v.

STATE OF GEORGIA,

    Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-930-TWT

## ORDER

This is a pro se civil rights action.  It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action as frivolous. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED as frivolous.

    SO ORDERED, this 20 day of May, 2014.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge